# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00632-CV

**Rodolfo Cipriano Gomez, Appellant**

**v.**

**Glen R. Peterson, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. C2007-0223C, HONORABLE RONALD G. CARR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on November 6, 2007, and the clerk's record was filed on December 7. Because appellant had not requested a reporter's record, we sent appellant notice that he had until February 29, 2008, to either pay or make arrangements to pay for the record or file a motion to extend time to file his brief. On March 10, having received no response from appellant, we sent him notice that unless his brief was received by March 20, we would dismiss his appeal. To date, appellant has not responded to our communications. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed:  May 20, 2008